UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAULYS CHICO-POLO and
ROYMAN CHICO,

    Plaintiffs,

v.

    Case No. 10-10758
    Honorable Patrick J. Duggan

EMBARQ PAYPHONE SERVICES, INC.,
MICHAEL HYNES, MICHIGAN
DEPARTMENT OF CORRECTIONS,
PATRICIA CARUSO, SEAN LOCKHART,
and STEVEN MOTZ,

    Defendants.
_____/

## JUDGMENT

On February 24, 2010, Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983, contending that Defendants have deprived them of their constitutional rights by precluding Plaintiff Daulys Chico-Polo, a Michigan Department of Corrections' prisoner, from making telephone calls to Plaintiff Royman Chico and other family members residing in Nicaragua and Columbia. Defendants have filed motions to dismiss and/or motions for summary judgment. In an Opinion and Order entered on this date, the Court granted Defendants' motions.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

Date: March 7, 2011        s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Daulys Chico-Polo, #270901
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

Royman Chico
Edificio Altamira
Torre B, Apt #503-B
Armenia
Columbia

Brian M. Ziff, Esq.
A. Peter Govorchin
Magistrate Judge R. Steven Whalen